**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

JOHN ROCA,                                    :
                                          :
                                          :
     Plaintiff,          :          25-CV-7590 (DEH) (OTW)
                                          :
     -against-           :          **ORDER**
                                          :
OUTSOURCE CONSULTANTS, INC.,                   :
                                          :
     Defendant.          :
                                          :
                                          :
                                          :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

     The Court held a telephonic Initial Case Management Conference on December 2, 2025.

Defendant Outsource Consultants, Inc. failed to appear at the Conference. Plaintiff must move

for default by **December 19, 2025**.

     **SO ORDERED.**

                                            *s/ Ona T. Wang*

Dated: December 4, 2025                              **Ona T. Wang**
      New York, New York                   United States Magistrate Judge